1162

No. 73–5906. PARKS v. REGAN, PRISON SUPERINTEND-ENT. C. A. 3d Cir. Certiorari denied.

No. 72–1649. WESTERBERG v. DISTRICT COURT IN AND FOR THE SECOND JUDICIAL DISTRICT OF COLORADO ET AL. Sup. Ct. Colo. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5539. MACIAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6744. TURNER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6952. SIMMONS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–393. TAGER v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–505. BETTA ET AL. v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–802. LUCK ET AL. v. UNION OIL COMPANY OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–811. SELB MANUFACTURING Co., A DIVISION OF WESTERN, INC., ET AL. v. GENERAL DYNAMICS CORP. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUG-LAS would grant certiorari.